[NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT

United States Court of Appeals
For the First Circuit

No. 96-2369

GAIL MERCHANT IRVING,
Plaintiff, Appellant,

v.

UNITED STATES OF AMERICA,
Defendant, Appellee.

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Steven J. McAuliffe, U.S. District Judge]

Before

Torruella, Chief Judge,
Bownes, Senior Circuit Judge,
Selya, Boudin, Stahl, Lynch and Lipez, Circuit Judges.

Paul R. Cox, with whom Matthew B. Cox and Burns, Bryant,
Hinchey, Cox & Rockefeller, P.A. were on brief, for appellant.
Phyllis J. Pyles, Attorney, Torts Branch, Civil Division, with
whom Frank W. Hunger, Assistant Attorney General, Paul M. Gagnon,
United States Attorney, and Jeffrey Axelrad, Attorney, Torts
Branch, Civil Division, were on brief, for appellee.



OPINION EN BANC


December 18, 1998
Per Curiam. We dismiss this appeal as moot in view of
our resolution today of the government's cross-appeal (No. 96-
2368).

Dismissed.